AO 442 (Rev  11/11)  Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA <br> V. <br> Jason Birk | ) <br> ) <br> )   Case No.   18-cr-66 (RBW) <br> ) <br> ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Jason Birk

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

See attached.

Date:    July 6, 2026

City and State:  Washington, DC

*Issuing Officer's Signature*

Andriea Hill, Courtroom Deputy
*Printed Name and Title*

### Return

This warrant was received on *(date)*  07/09/2026 , and the person was arrested on *(date)*  7/10/2026
at *(city and state)*  WASHINGTON  DC  .

Date:  07/10/2026

*Arresting Officer's Signature*

ISAAC  GIULIAN  FBO
*Printed Name and Title*